UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
AUG 21 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BARBARA DeKNIKKER, | * | CIV. 07-4117 |
| Plaintiff, | * | |
| vs. | * | OPINION AND ORDER |
| GENERAL CASUALTY, GENERAL CASUALTY COMPANY OF WISCONSIN, and REGENT INSURANCE COMPANY, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Previously an Opinion and Order on a motion to compel discovery was filed (Doc. 38). The Opinion provided, among other matters, that defendant could submit for *in camera* review documents which contain private information the defense believes should be withheld from the ordered discovery. Pending is the need to rule on these documents following *in camera* review.

The rulings fall into two categories: (1) produce the document with redactions; and (2) no need to produce. The matters to be redacted from documents have been circled by the court. All the documents reviewed *in camera* will be scanned and filed by the clerk. The original documents will be returned to defendant. The defendant shall perform the indicated redactions and produce the documents to plaintiff as directed by this Order.[1] The redacted information is generally described as addresses, phone numbers, e-mail addresses, and compensation. This is not an exhaustive listing

---

[1] The parties themselves have resolved the dispute about the method of production, i.e. whether by mail or by personal inspection in Aberdeen. The production will be by U.S. mail or private carrier.

of categories of redacted information, e.g. plaintiff agreed the 401(k) benefit plans need not be produced, and family leave documents were not ordered to be produced.

The submitted documents were Bate's stamped. Those numbers are used to identify the documents which are the subject of this Order. It is

ORDERED that the following documents shall be redacted by the defendant as indicated by the court. Defendant shall then produce the redacted documents to the plaintiff:

| GC 01123-24 | Albrecht application |
| GC 01126 | Albrecht HR form |
| GC 01129 | Correspondence |
| GC 01132 | Albrecht input form |
| GC 01134-36 | Albrecht application |
| GC 01138-39 | Albrecht information release |
| GC 01187 | Albrecht employee profile |
| GC 01198 | Correspondence |
| GC 01199 | Albrecht resume |
| GC 01203 | Albrecht input form |
| GC 01205 | Albrecht input form |
| GC 01289 | Van Eyll employee profile |
| GC 01291 | Van Eyll employee profile |
| GC 01297 | Van Eyll employee profile |
| GC 01300 | Van Eyll input form |
| GC 01303-04 | Correspondence |
| GC 01305-06 | Van Eyll resume |
| GC 01307-08 | Van Eyll application |
| GC 01337 | Bjorkman input form |

| GC 01338 | Correspondence |
| --- | --- |
| GC 01339-40 | Bjorkman resume |
| GC 01342-44 | Bjorkman application |
| GC 01345-46 | Bjorkman information release |

ORDERED that the following documents need not be produced:

| GC 01130 | Albrecht entry report |
| --- | --- |
| GC 01202 | Albrecht entry report |
| GC 01206-27 | Albrecht 401K/benefit file |
| GC 01298 | Van Eyll entry report |
| GC 01309-31 | Van Eyll 401K/benefit file |
| GC 01336 | Bjorkman entry report |
| GC 01347-59 | Bjorkman 401K/benefit file |
| GC 01360-86 | Bjorkman FMLA file |

Dated this 21 day of August, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

3